UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06922-ODW (PVCx) | Date | November 1, 2024 |
|---|---|---|---|
| Title | *Taharka Aboke Bey v. Tariq A. Nasheed* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**             **In Chambers**

On August 16, 2024, this action was transferred to this Court. On August 22, 2024, the Court ordered Defendant to respond to the Complaint by September 16, 2024, (ECF No. 20), which the Court later extended to October 7, 2024, (ECF No. 26.) Defendant filed a Motion to Dismiss on that date, but the Court struck the filing for failing to comply with Central District of California Local Rules. (ECF No. 29.) The Court stated that it would consider a corrected motion untimely if not filed on or before October 8, 2024. (ECF No. 29.) Defendant filed a corrected Motion to Dismiss at 2:19 a.m. on October 9, 2024. (ECF No. 30.) Because Defendant initially filed the motion before the Court's October 7 deadline, Defendant's delay in filing a corrected motion was minimal, and Plaintiff was not prejudiced by the delay, the Court **ACCEPTS** Defendant's Motion to Dismiss as timely. Given the apparent confusion over the Court's acceptance of this filing, (*see* ECF No. 34), the Court **ORDERS** as follows:

1. The deadline for Plaintiff file an opposition to the Motion to Dismiss, (ECF No. 30), is **November 11, 2024**;
2. The deadline for Defendant to file a reply in support of the Motion to Dismiss is **November 18, 2024**; and
3. The Court **CONTINUES** the hearing on the Motion to Dismiss from November 18, 2024, at 1:30 p.m. to **December 2, 2024, at 1:30 p.m**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |